IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES L. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:20-CV-40-WKW |
| | ) | [WO] |
| MARK CULVER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is Plaintiff James L. Robinson's motion for a preliminary injunction challenging the conditions of his confinement at the Houston County Jail. Mr. Robinson alleges that Defendants' failure to provide him appropriate meals to maintain his health as a diabetic subjects him to potential serious injury and death. (Doc. # 23.) Because Mr. Robinson now has been released from the Houston County Jail (*see* Doc. # 29), his motion for a preliminary injunction is moot. *See McKinnon v. Talladega Cty., Ala.*, 745 F.2d 1360, 1363 (11th Cir. 1984) ("The general rule is that a prisoner's transfer or release from a jail moots his individual claim for declaratory and injunctive relief.").

Accordingly, it is ORDERED that Plaintiff's motion for a preliminary injunction (Doc. # 23) is DENIED as moot.

DONE this 16th day of June, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE