IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:20-CV-40-WKW ) |
| MARK CULVER, *et al.*, | ) ) |
| Defendants. | ) ) |

# **ORDER**

On March 1, 2022, the Magistrate Judge filed a Recommendation (Doc. # 58) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 58) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 28th day of March, 2022.

        /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE